# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:18-cv-01425-RCL |
| v. | ) |
| JOHN DOE subscriber assigned IP address 73.180.154.14, | ) |
|     Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given this 14th day of December, 2018 that Plaintiff, Strike 3 Holdings, LLC, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order Denying Plaintiff's Motion for Discovery Prior to Rule 26(f) Conference, Denying as Moot Plaintiff's Motion for Extension of Time to Effectuate Service, and Dismissing Plaintiff's Case Without Prejudice which this Court entered on the 16th day of November, 2018 (ECF Doc. No. 6) ("Order"), and the Memorandum Opinion entered on the 16th day of November, 2018 (ECF Doc. No. 5) which gives rise to the Court's Order.

Dated: 12/14/2018

2

Respectfully submitted,

By: /s/ *Jessica Haire*
Jessica Haire, Esq.
jhaire@foxrothschild.com
Bar No. 1011695
Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Tel.: (202) 461-3100
Fax: (202) 461-3102
www.foxrothschild.com

## CERTIFICATE OF SERVICE

     I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  However, since Defendant is unrepresented, and since I still do not know Defendant's identity, I was unable to serve Defendant with a copy of this Notice of Appeal.