# United States Court of Appeals
### For The District of Columbia Circuit

**No. 18-7188**  **September Term, 2019**

1:18-cv-01425-RCL

Filed On: August 21, 2020 [1857687]

Strike 3 Holdings, LLC,

      Appellant

    v.

John Doe, subscriber assigned IP address 73.180.154.14,

      Appellee

## M A N D A T E

In accordance with the judgment of July 14, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the judgment filed July 14, 2020