# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-7188**  **September Term, 2019**
FILED ON: JULY 14, 2020

STRIKE 3 HOLDINGS, LLC,
       APPELLANT

v.

JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 73.180.154.14,
       APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-01425)

---

Before: MILLETT and RAO, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

       **FOR THE COURT:**
       Mark J. Langer, Clerk

BY:   /s/

       Daniel J. Reidy
       Deputy Clerk

Date: July 14, 2020

Opinion for the court filed by Circuit Judge Rao.