**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JOHN DOE, subscriber assigned )<br>IP address 73.180.154.14, )<br>)<br>*Defendant*. )<br>) | Case No. 18-cv-1425-RCL |

## ORDER

On July 14, 2020, the Court of Appeals reversed this Court's Order denying Plaintiff's Federal Rule of Civil Procedure 26(d)(1) motion for leave to serve a third-party subpoena and dismissing the case without prejudice. ECF Nos. 6 & 9-1. The Mandate issued on August 14, 2020. ECF No. 9. Accordingly, the Court will **GRANT** Plaintiff's Rule 26(d)(1) motion for leave to serve a third-party subpoena prior to a Rule 26(f) conference. ECF No. 3. An accompanying Order shall issue.

It is **SO ORDERED**.

Date: September 2, 2020

_____
Hon. Royce C. Lamberth
United States District Judge

1