IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v.   )<br>)<br>**JOHN DOE, subscriber assigned** )<br>**IP address 73.180.154.14,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. **1:18-cv-01425-RCL** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF DEFENDANT JOHN DOE

May the Court, the Clerk, and all interested parties please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") hereby dismisses its claims in this action against Defendant John Doe subscriber assigned IP address 73.180.154.14 without prejudice.

Dated: November 24, 2020

Respectfully Submitted,
**STRIKE 3 HOLDINGS, LLC.**,

*/s/ Alexander R. Green*
Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2373
Facsimile:  (202) 640-6691
agreen@clarkhill.com

*Counsel for Plaintiff Strike 3 Holdings, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November, 2020, a copy of the foregoing document was filed via the CM/ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

>	*/s/ Alexander R. Green*
>	Alexander R. Green (D.C. Bar No. 1017781)
>	CLARK HILL PLC